January 27, 2006

Ms. Nissa M. Dunn
Crofts & Callaway, P.C.
4040 Broadway, Suite 525
San Antonio, TX 78209

Mr. Mike Milligan
303 Texas Avenue, Suite 808
El Paso, TX 79901
Honorable Gonzalo Garcia
210th District Court
500 E. San Antonio #1005
El Paso, TX 79901-2457

RE: Case Number: 05-0250
 Court of Appeals Number: 08-04-00259-CV
 Trial Court Number: 2003-4957

Style: IN RE DILLARD DEPARTMENT STORES, INC. AND GRIZELDA REEDER

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 52.8(c), without hearing
oral argument, the Court conditionally granted the petition for writ of
mandamus and issued the enclosed per curiam opinion.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Denise |
| |Pacheco |
| |Mr. Gilbert |
| |Sanchez |